UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONA MOAZZAZ,

                   Plaintiff,

    -v-

METLIFE GROUP, INC., *et al.*,

                   Defendants.

19-CV-10531 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On December 12, 2024, a jury returned a verdict in favor of Defendants on all remaining claims. Accordingly, it is hereby ORDERED that the Clerk of Court shall enter final judgment for Defendants. The Clerk of Court is directed to close this case.

    SO ORDERED.

Dated: December 13, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge