**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MONA MOAZZAZ,

                Plaintiff,                        19 **CIVIL** 10531 (JPO)

        -against-                               **JUDGMENT**

METLIFE GROUP, INC., et al.,

                Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury

Trial before the Honorable J. Paul Oetken, United States District Judge, the jury having returned

a verdict in favor of Defendants, and the Complaint is hereby dismissed.

**DATED:** New York, New York
          December 16, 2024

                                     **TAMMI M. HELLWIG**
                                         **Clerk of Court**

**So Ordered:**

                                 BY:       *K. Mango*

_____         _____
      J. PAUL OETKEN                             Deputy Clerk
   United States District Judge